BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GARCIA-NORIEGA

FILED

NOV X 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

e-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-0697 EMC |
| Plaintiff, | [~~PROPOSED~~] RELEASE ORDER |
| v. | |
| CLAUDIO GARCIA-NORIEGA, | |
| Defendant. | |

The defendant in this matter having pled guilty to misdemeanor charges and been sentenced by this Court to time already served in custody and ~~three~~ years' probation, it is hereby ordered that he be released from the custody of the United States Marshals Service.

IT IS SO ORDERED.

Dated: November 4, 2005

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE